IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:07cv828-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On December 18, 2007, Defendant filed a Motion to Remand pursuant to sentence six of 42 U.S.C. § 405(g) (Doc. #12). Upon consideration of the motion, it is

ORDERED that **on or before January 4, 2008**, Plaintiff shall file a response to the motion. There after, the motion shall be deemed submitted, and the Court will not consider further pleadings filed by the parties.

Done this 18th of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE